1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12          Plaintiff,                           No. 2:93-cr-0043 GEB
13      v.
14  MICHAEL E. SLATON,                           **RELATED CASE ORDER**
15          Defendant.
    _____/
16
    UNITED STATES OF AMERICA,
17
            Plaintiff,                           No. 2:06-cr-0244 FCD
18
        v.
19
    MICHAEL E. SLATON,
20
            Defendants.
21  _____/

22      The court is in receipt of the Government's Notice of Related Cases filed
23  July 4, 2007 in the above matters. Examination of the above-entitled actions reveals that they
24  are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve
25  the same defendant and are based on the same or similar claims, the same property transaction or
26  event, similar questions of fact and the same questions of law, and would therefore entail a
27  substantial duplication of labor if heard by different judges. Accordingly, the assignment of the
28  matters to the same judge is likely to effect a substantial savings of judicial effort and is also
    likely to be convenient for the parties.

Further, General Order 372 states:

> "Where a notice of Related Cases is filed suggesting that a petition for probations actions and/or violation of the terms of supervised release should be related to a new indictment, and the basis of the probation petition or alleged supervised release violation is the conduct underlying the new indictment, the two cases shall be related and the judge assigned to the new criminal case shall also be assigned the earlier case, unless the original sentencing judge desires to retain the first case, in which circumstance both cases shall be assigned to the original sentencing judge."

IT IS THEREFORE ORDERED that the action denominated, 2:93-cr-0043 GEB is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as, 2:93-cr-0043 FCD.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE